# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00394-CV

---

**In re Irwin Pentland**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to hear or consider several motions he filed in an underlying suit affecting the parent-child relationship. This Court subsequently received a supplemental record demonstrating the trial court has set the motions for virtual or telephonic hearing on Friday, September 16, 2022 at 8:30 a.m. *See In re Kellogg Brown & Root, Inc*., 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings ...."). Accordingly, we dismiss the petition for writ of mandamus as moot.

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Kelly

Filed:  August 17, 2022